**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:   (408) 298-5500
Facsimile:    (408) 298-5706
E-mail:        dkirsch@etaxlitigator.com

Attorney for Plaintiffs

United Stated District Court

For the Northern District of California

(San Jose Division)

| UNITED STATES OF AMERICA, | Case No. CR 11 0585 EJD HRL |
|---|---|
| Plaintiff. | |
| vs. | **STIPULATION AND ORDER RE: TRAVEL** |
| STEVEN FRANK BOITANO, | |
| Defendant. | |

The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on July 27, 2012 to July 30, 2012. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place.

Respectfully Submitted,

July 26, 2012
\S\  *David M. Kirsch*
DAVID M. KIRSCH
Attorney for Defendant

MELISSA HAAG
United States Attorney


July 26, 2012
*/S/ Thomas Moore*
THOMAS MOORE
Assistant United States Attorney

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

Tax Division

IT IS SO ORDERED.  The travel request is GRANTED.

July  26 , 2012

_____
EDWARD J. DAVILA
United States District Judge

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL