**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:     (408) 298-5500
Facsimile:     (408) 298-5706
E-mail:        dkirsch@etaxlitigator.com

Attorney for Plaintiffs

United Stated District Court

For the Northern District of California

(San Jose Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff.<br><br>vs.<br><br>STEVEN FRANK BOITANO,<br><br>                               Defendant. | Case No. CR 11 0585 EJD HRL<br><br>**STIPULATION AND ORDER RE: TRAVEL** |

The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on September 10, 2012 to September 13, 2012. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place.

Respectfully Submitted,

September 10, 2012          */s/ David M. Kirsch*
                            DAVID M. KIRSCH
                            Attorney for Defendant

                            MELISSA HAAG
                            United States Attorney


September 10, 2012          */s/ Thomas Moore*

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL

|   |   |
|---|---|
| 1 | THOMAS MOORE |
| 2 | Assistant United States Attorney |
|   | Tax Division |
| 3 |   |
| 4 |   |
| 5 | IT IS SO ORDERED. |
| 6 | September  11 , 2012 |
|   | *[signature]* |
| 7 | EDWARD J. DAVILA |
|   | United States District Judge |

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL