**DAVID M. KIRSCH, ESQ.** [Cal. SBN 106788]
Attorney at Law
Ten Almaden Boulevard
Suite 1250
San Jose, CA 95113-2233
Telephone:   (408) 298-5500
Facsimile:   (408) 298-5706
E-mail:   dkirsch@etaxlitigator.com

Attorney for Plaintiffs

United Stated District Court

For the Northern District of California

(San Jose Division)

| UNITED STATES OF AMERICA,<br><br>                      Plaintiff.<br><br>vs.<br><br>STEVEN FRANK BOITANO,<br><br>                      Defendant. | Case No. CR 11 0585 EJD HRL<br><br><br>**STIPULATION AND ORDER RE: TRAVEL** |
|---|---|

The parties stipulate that defendant, STEVEN FRANK BOITANO, may travel to San Bernadino and Riverside, California on April 19, 2013 to April 22, 2013. Mr. Boitano's son has a college project involving study of desert wildlife. He is a student at Cal. Poly San Luis Obispo. Mr. Boitano wishes to accompany his son to the remote areas where this project will take place.

                              Respectfully Submitted,


April 10, 2013                */s/ David M. Kirsch*
                              DAVID M. KIRSCH
                              Attorney for Defendant

                              MELISSA HAAG
                              United States Attorney


April 10, 2013                */s/ Michael Pitman*
                              MICHAEL PITMAN
                              Assistant United States Attorney
                              Tax Division

1
2      IT IS SO ORDERED.   Defendant's travel request is GRANTED.
3
4  April 11, 2013
                                        _____
5                                        EDWARD J. DAVILA
                                         United States District Judge

Stipulation and Order re: Travel
Case No. CR 11 0585 EJD HRL